UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTIN PETRI, and SHERDON GREEN, *themselves and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>DRIVE NEW JERSEY INSURANCE COMPANY, *a New Jersey corporation*, and PROGRESSIVE GARDEN STATE INSURANCE COMPANY, *a New Jersey corporation*,<br><br>Defendants. | Case No. 1:21-CV-20510-CPO-EAP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES

Defendants Drive New Jersey Insurance Company and Progressive Garden State Insurance Company, by and through their undersigned attorneys, hereby notify the Court that Plaintiffs and Defendants have reached a settlement in principle as to Plaintiffs' allegations against Defendants, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice. The parties therefore request that the Court vacate all pending deadlines in this matter and set a deadline for filing a stipulation of dismissal. In particular, the parties request that the Court vacate the pending deadline for Defendants' Opposition to

Plaintiffs' Motion for Leave to File an Amended Complaint to Substitute the Class Representative, which is currently due on December 19, 2025. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 17th day of December 2025.

| | |
|---|---|
| */s/ Leanna A. Loginov* | */s/ T. J. Scrivo* |
| Leanna A. Loginov | Jeffrey S. Cashdan* |
| New Jersey Bar No. 389742022 | Zachary A. McEntyre* |
| Andrew J. Shamis, Esq.* | J. Matthew Brigman* |
| **SHAMIS & GENTILE, P.A.** | Allison Hill White* |
| lloginov@shamisgentile.com | Daniel S. Sanders III* |
| ashamis@shamisgentile.com | **King & Spalding LLP** |
| 14 NE 1st Avenue, Suite 705 | 1180 Peachtree Street, N.E. |
| Miami, Florida 33132 | Atlanta, Georgia 30309 |
| Telephone: 305-479-2299 | Telephone: (404) 572-4600 |
| | Fax: (404) 572-5100 |
| Scott Edelsberg, Esq.* | jcashdan@kslaw.com |
| **EDELSBERG LAW, P.A.** | zmcentyre@kslaw.com |
| Florida Bar No. 0100537 | mbrigman@kslaw.com |
| scott@edelsberglaw.com | awhite@kslaw.com |
| 20900 NE 30th Ave., Suite 417 | dsanders@kslaw.com |
| Aventura, FL 33180 | |
| Office: (786) 289-9471 | Craig Carpenito |
| Direct: (305) 975-3320 | New Jersey Bar No. 027102000 |
| Fax: (786) 623-0915 | T. J. Scrivo |
| | New Jersey Bar No. 307552019 |
| Hank Bates* | **King & Spalding LLP** |
| Lee Lowther* | 1290 Avenue of the Americas |
| **CARNEY BATES & PULLIAM, PLLC** | 14th Floor |
| | New York, NY 10104 |
| 519 W. 7th Street | Tel: (212) 556-2100 |
| Little Rock, Arkansas 72201 | ccarpenito@kslaw.com |
| Telephone: 501-312-8500 | **tscrivo@kslaw.com** |

hbates@cbplaw.com
llowther@cbplaw.com

*Counsel for Plaintiffs and the Proposed Classes*

**Admitted pro hac vice*

*Counsel for Defendants*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

*/s/ T. J. Scrivo*
T. J. Scrivo